ROLAND GARDNER *v.* MICHAEL PILATO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 44 Conn. App. 724 (AC 15408), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Melvin J. Silverman,* in support of the petition.

*Katherine Blakeslee,* in opposition.